KING & SPALDING LLP
Barry N. Seidel (BS-1945)
Scott E. Eckas (SE-7479)
1185 Avenue of the Americas
New York, New York 10036

Attorneys for Defendants
American Tower Corporation, Justin Benincasa,
Norman A. Bikales, Alan Box, Arnold Chavkin,
Steven B. Dodge, David W. Garrison, William H. Hess,
David Kagan, Jack R. McDonnell, Michael Milsom,
Steven J. Moskowitz, David J. Porte, Bradley E. Singer,
James Taiclet and Joseph L. Winn

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED             :
CREDITORS OF VERESTAR, INC., VERESTAR       :
NETWORKS, INC. AND VERESTAR                 :
INTERNATIONAL, INC. for and on behalf of    :
itself and VERESTAR, INC., VERESTAR         :
NETWORKS, INC. AND VERESTAR                 :
INTERNATIONAL, INC.,                        :
                          Plaintiffs,       :
              v.                            :   Case No.: 05 CV 6268 (RPP)
                                            :
AMERICAN TOWER CORPORATION,                 :
BEAR STEARNS & CO. INC., JUSTIN             :
BENINCASA, NORMAN A. BIKALES, ALAN          :
BOX, ARNOLD CHAVKIN, STEVEN B. DODGE,       :
DAVID W. GARRISON, WILLIAM H. HESS,         :
DAVID KAGAN, MARC LAYNE, JACK R.            :
McDONNELL, MICHAEL MILSOM, SCOTT            :
MOSKOWITZ, STEVEN J. MOSKOWITZ,             :
RAYMOND O'BRIEN, MATTHEW PETZOLD,           :
DAVID J. PORTE, BRADLEY E. SINGER, JAMES    :
TAICLET and JOSEPH L. WINN,                 :
                                            :
                          Defendants.       :
---------------------------------------------------------------------x

**NOTICE OF MOTION BY CERTAIN DEFENDANTS TO REFER**
**THIS ACTION TO THE BANKRUPTCY COURT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the attached Affidavit of Scott E. Eckas, Esq., sworn to on August 23, 2005 (including the exhibits annexed thereto), King & Spalding LLP will move this Court before the Honorable Robert P. Patterson, Jr. of the United States District Court for the Southern District of New York, 500 Pearl Street, on September 23, 2005 at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order in the above-captioned case referring such action to the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
       August 24, 2005

                        KING & SPALDING LLP

                        By: /s/ Scott E. Eckas
                              Barry N. Seidel (BS-1945)
                              Scott E. Eckas (SE-7479)

                        1185 Avenue of the Americas
                        New York, New York 10036-4003

*Attorneys for Defendants
American Tower Corporation, Justin
Benincasa, Norman A. Bikales, Alan Box,
Arnold Chavkin, Steven B. Dodge, David W.
Garrison, William H. Hess, David Kagan, Jack
R. McDonnell, Michael Milsom, Steven J.
Moskowitz, David J. Porte, Bradley E. Singer,
James Taiclet and Joseph L. Winn*