KING & SPALDING LLP
Barry N. Seidel (BS-1945)
Scott E. Eckas (SE-7479)
1185 Avenue of the Americas
New York, New York 10036

Attorneys for Defendants
American Tower Corporation, Justin Benincasa,
Norman A. Bikales, Alan Box, Arnold Chavkin,
Steven B. Dodge, David W. Garrison, William H. Hess,
David Kagan, Jack R. McDonnell, Michael Milsom,
Steven J. Moskowitz, David J. Porte, Bradley E. Singer,
James Taiclet and Joseph L. Winn

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VERESTAR, INC., VERESTAR NETWORKS, INC. AND VERESTAR INTERNATIONAL, INC. for and on behalf of itself and VERESTAR, INC., VERESTAR NETWORKS, INC. AND VERESTAR INTERNATIONAL, INC., : : : : : : : : |   |
| Plaintiffs, : |   |
| v.     : | Case No.: 05 CV 6268 (RPP) |
|     : |   |
| AMERICAN TOWER CORPORATION, BEAR STEARNS & CO. INC., JUSTIN BENINCASA, NORMAN A. BIKALES, ALAN BOX, ARNOLD CHAVKIN, STEVEN B. DODGE, DAVID W. GARRISON, WILLIAM H. HESS, DAVID KAGAN, MARC LAYNE, JACK R. McDONNELL, MICHAEL MILSOM, SCOTT MOSKOWITZ, STEVEN J. MOSKOWITZ, RAYMOND O'BRIEN, MATTHEW PETZOLD, DAVID J. PORTE, BRADLEY E. SINGER, JAMES TAICLET and JOSEPH L. WINN, : : : : : : : : : : |   |
|     : |   |
| Defendants.   : |   |

---------------------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant American Tower Corporation ("ATC") hereby certifies as follows:

ATC has no subsidiaries or affiliates that are publicly held, and no publicly held corporation owns 10% or more of the stock of ATC.

On August 8, 2005, ATC executed a merger with SpectraSite, Inc. ("SpectraSite"), a wireless and broadcast communications tower provider. As a result of the merger, SpectraSite stockholders will receive 3.575 shares of American Tower Class A common stock for each share of SpectraSite common stock.

Dated this 24th day of August, 2005

        KING & SPALDING LLP

        By: /s/ Scott E. Eckas
            Barry N. Seidel (BS-1945)
            Scott E. Eckas (SE-7479)

        1185 Avenue of the Americas
        New York, New York 10036-4003

*Attorneys for Defendants*
*American Tower Corporation, Justin Benincasa, Norman A. Bikales, Alan Box, Arnold Chavkin, Steven B. Dodge, David W. Garrison, William H. Hess, David Kagan, Jack R. McDonnell, Michael Milsom, Steven J. Moskowitz, David J. Porte, Bradley E. Singer, James Taiclet and Joseph L. Winn*